UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN SIMS, SR., | ) | CASE NO.  5:25-cv-748 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| SPECIALTY DISTRIBUTION GROUP, LLC, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Counsel having advised the Court that the case has settled (Doc. No. 5), this case is hereby dismissed with prejudice. Any and all releases, agreements, or judgment entries necessary to comply with this settlement shall be executed by the interested parties. A final agreed entry, approved by counsel for all parties, shall be filed with the Court on or before July 10, 2025.

This case hereby is closed.

**IT IS SO ORDERED**.

Dated: June 17, 2025

**HONORABLE SARA LIOI
CHIEF JUDGE
UNITED STATES DISTRICT COURT**